1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9    FABIAN CHEVALIER MILLS,

10            Petitioner,                    No. CIV S-03-0264 DFL DAD P

11        vs.

12    D.L. RUNNELS, Warden, et al.,

13            Respondents.                   ORDER

14    _____/

15            Petitioner has requested the appointment of counsel.  There currently exists no

16    absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

17    453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

18    any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

19    § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

20    served by the appointment of counsel at the present time.

21            Accordingly, IT IS HEREBY ORDERED that petitioner's June 19, 2006 request

22    for appointment of counsel is denied.

23     DATED: July 5, 2006.

24

25                                         _____

      DAD:bb                              DALE A. DROZD
26    mill0264.110                         UNITED STATES MAGISTRATE JUDGE