IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FABIAN CHEVALIER MILLS,

    Petitioner,                No. CIV S-03-0264 JKS DAD P

    vs.

D. L. RUNNELS, Warden,

    Respondent.            ORDER

                             /

        The petition for a writ of habeas corpus in this action was dismissed on December 14, 2007. On September 11, 2008, petitioner filed three documents with the court requesting permission to file an amended petition to add a new claim and seeking the appointment of counsel. Petitioner is advised that all documents filed after the closing date will be disregarded. No orders will issue in response to future filings.

DATED: September 23, 2008.

                                                         DALE A. DROZD
                                                         UNITED STATES MAGISTRATE JUDGE

DAD:8
mills264.o